[No. 7,170—Department One.]

## JOHN WELCH v. SPRING VALLEY MINING AND IRRIGATING COMPANY.

INSUFFICIENCY OF EVIDENCE—NEW TRIAL.

APPEAL from a judgment, and order denying a new trial, in the Second District Court, County of Butte.   KEYSER, J.

The ground relied upon, on the motion for a new trial, was the insufficiency of the evidence to support the verdict.

*Jo. Hamilton*, for Appellant.

*Belcher & Belcher*, for Respondent.

The COURT:

The judgment and order is affirmed.

---

[No. 10,517.—Department One.]

## PEOPLE v. YE AH TONG.

APPEAL—PRACTICE.

APPEAL from a judgment of conviction, and an order denying a new trial, in the Superior Court of the City and County of San Francisco.   FERRAL, J.

No briefs on file.

The COURT:

In this cause, no one appeared on the part of the appellant at the hearing, nor have any points or authorities been filed on his behalf.   We have, nevertheless, examined the record, and finding no error therein, affirm the judgment and order appealed from.